UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

ANTHONY VAZ AND JO ANN VAZ                                              PLAINTIFFS

V.                                                         CIVIL ACTION NO. 1:06cv481-LTS-RHW

ALLSTATE PROPERTY AND CASUALTY                                          DEFENDANTS
INSURANCE COMPANY AND JOHN DOES 1-10

**ORDER**

This cause of action still appears on the Court's docket, despite the United States Magistrate Judge's [18] Order of Severance and this Court's decision [26] affirming that ruling. The last activity occurred on February 28, 2007, and it is appropriate that this matter be officially and administratively closed.

Accordingly, **IT IS ORDERED**:

This cause of action is hereby **TERMINATED**, and the Clerk of Court is hereby authorized and directed to remove it from the pending docket.

**SO ORDERED** this the 13th day of February, 2008.

s/ L. T. Senter, Jr.
L. T. SENTER, JR.
SENIOR JUDGE